

FILED
JUN 20 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | Case No. **23 CR 209 GKF** |
|---|---|
| Plaintiff, | |
| v. | INDICTMENT |
| COBY DALE GREEN, | [18 U.S.C. § 844(i) – Malicious Use of Explosive Materials; Forfeiture Allegation: 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)(B) – Forfeiture] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about October 31, 2022, in the Northern District of Oklahoma, the defendant, **COBY DALE GREEN**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and explosive materials the Donut Hole donut shop, located at 3305 South Peoria Avenue, Tulsa, Oklahoma, which is a property used in interstate or foreign commerce, and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 844(i).

## FORFEITURE ALLEGATION
[18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)(B)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C), and 982(a)(2)(B).

Upon conviction of the offense alleged in this Indictment, as a part of his sentence, the defendant, **COBY DALE GREEN**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violation, any firearm and ammunition involved in or used in the knowing commission of such offense, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), and 982(a)(2)(B).

| | |
|---|---|
| CLINTON J. JOHNSON<br>United States Attorney | A TRUE BILL |
| *Nathan E. Michel, AUSA*<br>for CHRISTOPHER J. NASSAR<br>Assistant United States Attorney | /s/ Grand Jury Foreperson<br>Grand Jury Foreperson |