# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, Plaintiff, vs. Coby Dale Green, Defendant. | Case No.: 23-cr-209-GKF<br>Date: 12/27/2023<br>Court Time: 11:39 a.m. to 12:03 p.m.<br>**MINUTE SHEET - SENTENCING** |

Gregory K. Frizzell, U.S. District Judge   K. Perkins, Deputy Clerk   Brian Neil, Reporter   Crt Rm 1
Counsel for Plaintiff: Nathan Michel   Counsel for Defendant: Thomas Reese, Robert Williams, FPD
Probation Officer: Ben Ciranowicz   Interpreter: ___ sworn; ☐ N/A

- ☒ Defendant appears in person with counsel   ☐ Counsel waived   ☐ Evidentiary
- ☒ Plaintiff & Defendant reviewed PSI:   ☐ Objs by:   ☐ Pltf   ☐ Deft;   ☒ No Objs;   ☒ Court adopts/accepts
- ☒ 18:3553 Findings re: PSI/Sentence made;   ☒ Findings re: Plea Agreement Accepted
- ☒ Court affirms finding of guilt and accepts guilty plea before U.S. Magistrate Judge
- ☒ Sentence re: Guideline; ☐ Findings made;   ☐ Departure:   ☐ Variance:   ☐ Upward   ☐ Downward
- ☐ Victim present and heard;   ☒ Victim present   ☐ Victim not present
- ☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
- ☒ Motion [Dkt. 42]:   ☒ Granted   ☐ Denied   ☐ Granted/Denied in part   ☐ Moot

**SENTENCE: As to Count 1 of the Indictment**

- ☒ Bureau of Prison for a term of   60 months   ☐ Concurrent   ☐ Consecutive   ☐ Not Imposed
- ☒ Supervised Release for term of   3 years   ☐ Concurrent   ☐ Consecutive   ☐ Not Imposed
- ☒ Fine:   $_____   ☐ With Interest   ☐ Interest Waived   ☒ Not Imposed
- ☐ Restitution:   $_____   ☐ With Interest   ☐ Interest Waived   ☐ Not Applicable
- ☒ Special Monetary Assessment   $100   ☒ Due Immediately   ☐ As Directed
- ☐ JVTA Assessment (18 USC 3014)   $_____   ☐ Waived-Defendant found indigent   ☐ Not Applicable
- ☐ AVAA Assessment (18 USC 2259)   $_____   ☐ Waived-Defendant found indigent   ☐ Not Applicable
- ☐ Order of Forfeiture [Dkt. ___]: is hereby incorporated into the Judgment by reference

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

- ☒ Firearm, Ammunition, et al Restriction   ☐ Gambling;   ☐ to include treatment
- ☒ DNA Sample   ☐ Home Detention Condition - ___ months*
- ☒ Controlled Substances Restriction   ☐ Immigration
- ☐ Drug Testing   ☒ Drug Testing Suspended   ☐ Mental health   ☐ to include treatment
- ☐ Alcohol Abstinence   ☐ No contact with Victim
- ☐ Anger Management   ☒ Search & Seizure
- ☐ Community Confinement - ___ months   ☐ Sex Offender - Paragraphs ___
- ☐ Community Service - ___ hours   ☐ Sober Living
- ☐ Computer Restriction   ☐ Substance Abuse Treatment & Testing
- ☐ Curfew - ___ months*   ☒ Workforce Development
- ☐ Domestic Violence Program
- ☐ Financial   *Entire cost of the electronic monitoring shall be paid by: ☐ Prob   ☐ Deft

- ☒ Defendant advised of right to appeal   Court recommends to BOP:
- ☒ Appeal affidavit required   ☒ Designate a facility located in or near: Big Springs, Texas, or Oklahoma
  - ☐ Maximum Security Facility where Incoming and Outgoing Mail is monitored
  - ☐ Residential Drug Abuse Treatment   ☐ Mental/Medical Evaluation
  - ☐ Most comprehensive substance abuse treatment available
  - ☐ Other: _____

- ☐ Deft to self surrender to designated institution by 2:00 p.m. on: _____, U.S.M. to advise of institution;   ☐ Findings made
- ☐ Remaining counts ordered dismissed: N/A
- ☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:**